IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00107-RPM

TAMRA OSBORN,

    Plaintiff

v.

CIMA ENERGY, LTD., a Texas limited partnership, and
CIMA ENERGY MANAGEMENT, LLC, a Texas limited liability company,

    Defendants
_____

## ORDER DENYING MOTION TO TRANSFER
_____

    The defendants moved to transfer this civil action to Houston, Texas, on the basis of a forum selection clause in a bonus agreement which was amended twice with the amendments referring to the original agreement but with a clause that is only a choice of law clause.  The claim in this case is that the plaintiff was terminated from her long employment and should receive the benefits of the agreement as amended.  The complaint also includes in paragraphs 52 and 53 gender discrimination in the terms and conditions of her employment.  The plaintiff alleges a charge of discrimination has been filed but she has not yet received notice of a right to sue letter.  It is clear from the complaint that the plaintiff's claims go beyond the retention agreement with the bonus provisions and will include a Title VII claim in an amended complaint and the action is not therefore controlled by the forum selection clause in the original agreement.  It is therefore

    ORDERED that the motion to transfer is denied.

Dated this 7th day of March, 2016.

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge